BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ZILLOW GROUP, INC., SESSION REPLAY SOFTWARE CONSUMER PRIVACY LITIGATION, | CASE MDL No. 3057 |

## PROOF OF SERVICE

Pursuant to JPML Rule 4.1(a), I certify that the foregoing document was served via email and regular US mail on the following:

| | |
|---|---|
| Ari H. Marcus, Esquire<br>**MARCUS & ZELMAN LLC**<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>ari@marcuszelman.com<br>*Counsel for Plaintiff Jamie Huber and the Putative Class*<br><br>Douglas A. Millen, Esquire<br>Michael E. Moskovitz, Esquire<br>**FREED KANNER LONDON & MILLEN LLC**<br>2201 Waukegan Road, Ste. 130<br>Bannockburn, IL 60015<br>(224) 632-4500<br>dmillen@fklmlaw.com<br>mmoskovitz@fklmlaw.com<br>*Counsel for Plaintiff Ryan Margulis and the Putative Class* | Gary Lynch, Esquire<br>Kelly K. Iverson, Esquire<br>Jamisen A. Etzel, Esquire<br>Elizabeth Pollock-Avery, Esquire<br>Nicholas A. Colella, Esquire<br>Patrick D. Donathen, Esquire<br>**LYNCH CARPENTER LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>gary@lcllp.com<br>kelly@lcllp.com<br>jamisen@lcllp.com<br>elizabeth@lcllp.com<br>nickc@lcllp.com<br>patrick@lcllp.com<br>*Counsel for Plaintiff Ashley Popa and the Putative Class Counsel for Plaintiff Jill Strelzin and the Putative Class Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class* |
| Jonathan M. Jagher, Esquire<br>**FREED KANNER LONDON & MILLEN LLC**<br>923 Fayette Street<br>Conshohocken, Pennsylvania 19428<br>jjagher@fklmlaw.com<br>*Counsel for Plaintiff Ryan Margulis and the Putative Class* | Joshua B. Swigart, Esquire<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio S., Suite 308<br>San Diego, CA 92108<br>Josh@SwigartLawGroup.com<br>*Counsel for Plaintiff David Kauffman and the Putative Class* |

158828283.1

| | |
|---|---|
| Katrina Carroll, Esquire<br>Kyle Shamberg, Esquire<br>**LYNCH CARPENTER LLP**<br>111 W. Washington Street, Suite 1240<br>Chicago, IL 60602<br>katrina@lcllp.com<br>kyle@lcllp.com<br>*Counsel for Plaintiff Jill Strelzin and the Putative Class* | Daniel G. Shay, Esquire<br>**LAW OFFICE OF DANIEL G. SHAY**<br>2221 Camino del Rio S., Suite 308<br>San Diego, CA 92108<br>DanielShay@TCPAFDCPA.com<br>*Counsel for Plaintiff David Kauffman and the Putative Class* |
| Gary M. Klinger, Esquire<br>**MILLBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br>*Counsel for Plaintiffs, Mark Conlisk and Michael Dekhtyar, and the Putative Class* | Nick Suciu III<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>6905 Telegraph Road, Suite 115<br>Bloomfield Hills, MI 48301<br>nsuciu@milberg.com<br>*Counsel for Plaintiffs, Mark Conlisk and Michael Dekhtyar, and the Putative Class* |
| Kim D. Stephens, P.S., Esquire<br>Jason T. Dennett, Esquire<br>Kaleigh N. Boyd, Esquire<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1200 Fifth Avenue, Suite 1700<br>Seattle, Washington 98101<br>kstephens@tousley.com<br>jdennett@tousley.com<br>kboyd@tousley.com<br>*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class* | E. Kirk Wood, Esquire<br>Sharika Robinson, Esquire<br>Marcela Jenkins, Esquire<br>**WOOD LAW FIRM, LLC**<br>P. O. Box 382434<br>Birmingham, AL 35238-2434<br>kirk@woodlawfirmllc.com<br>srobinson@sharikamrobinsonlaw.com<br>mar_mcdonough@hotmail.com<br>*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class* |
| Joseph P. Guglielmo, Esquire<br>Carey Alexander, Esquire<br>Ethan Binder, Esquire<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br>ebinder@scott-scott.com<br>*Counsel for Plaintiffs, Natalie Perkins and Kenneth Hasson, and the Putative Class* | Charles B. Casper, Esquire<br>**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103<br>ccasper@mmwr.com<br>*Counsel for Microsoft Corporation* |

158828283.1

| | |
|---|---|
| Bryan L. Bleichner, Esquire<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue S, Suite 1700<br>Minneapolis, MN 55401<br>bbleichner@chestnutcambronne.com<br>*Counsel for Plaintiff Jill Adams and the Putative Class* | Tiffany Marko Yiatras, Esquire<br>**CONSUMER PROTECTION LEGAL, LLC**<br>308 Hutchinson Road<br>Ellisville, Missouri 63011-2029<br>tiffany@consumerprotectionlegal.com<br>*Counsel for Plaintiff Jill Adams and the Putative Class* |
| Kate M. Baxter-Kauf, Esquire<br>Karen Hanson Riebel, Esquire<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>kmbaxter-kauf@locklaw.com<br>khriebel@locklaw.com<br>*Counsel for Plaintiff Jill Adams and the Putative Class* | Douglas A. Millen<br>Michael E. Moskovitz<br>**FREED KANNER LONDON & MILLEN LLC**<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>(224) 632-4500<br>dmillen@fklmlaw.com<br>mmoskovitz@fklmlaw.com<br><br>*Counsel for Plaintiff Ryan Margulis and the Putative Class* |
| Samantha L. Southall<br>**BUCHANAN INGERSOLL & ROONEY PC**<br>Two Liberty Place<br>50 S. 16th Street, Suite 3200<br>Philadelphia, Pennsylvania 19102<br>(215) 665-8700<br>samantha.southall@bipc.com<br><br>Christopher J. Dalton<br>**BUCHANAN INGERSOLL & ROONEY PC**<br>550 Broad Street, Suite 810<br>Newark, New Jersey 07102-4582<br>(973) 273-9800<br>christopher.dalton@bipc.com<br><br>Jennifer Olmedo-Rodriguez<br>**BUCHANAN INGERSOLL & ROONEY PC**<br>One Biscayne Tower<br>2 S. Biscayne Blvd., Suite 1500<br>Miami, Florida 33131<br>(305) 347-5900<br>jennifer.olmedo-rodriguez@bipc.com<br>*Counsel for Zillow Group, Inc.* | |

I certify that the foregoing document was served on the following via First Class Mail:

| | |
|---|---|
| Clerk of Court<br>United States District Court for the Northern District of Illinois – Eastern Division<br>Dirksen U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604<br>**Via First Class Mail Only** | Clerk of Court<br>United States District Court for the Western District of Washington<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101<br>**Via First Class Mail Only** |
| Clerk of Court<br>United States District Court for the Western District of Pennsylvania<br>Joseph F. Weis, Jr. Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219<br>**Via First Class Mail Only** | Clerk of Court<br>United States District for the Eastern District of Pennsylvania<br>James A. Byrne Courthouse<br>601 Market Street<br>Philadelphia, PA 19106<br>**Via First Class Mail Only** |
| Clerk of Court<br>United States District Court for the Eastern District of Missouri<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>St. Louis, MO 63102<br>**Via First Class Mail Only** | Clerk of Court<br>United States District Court for the Southern District of California<br>James M. Carter & Judith N. Keep Courthouse<br>333 West Broadway, Suite 420<br>San Diego, CA 92101<br>**Via First Class Mail Only** |

Dated: November 10, 2022          /s/ *James G. Snell*
                                                     James G. Snell